# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Scott M. Danner*
*646-837-8530*
*sdanner@hsgllp.com*

June 28, 2022

VIA ECF

Honorable Katherine P. Failla
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 618
New York, NY 10007



Re: *Molecular Dynamics Ltd. v. Spectrum Dynamics Medical Limited et al.*, 1:22-cv-05167

Dear Judge Failla:

    Plaintiff Molecular Dynamics Ltd. ("MD") respectfully submits this letter in support of its motion to strike the Danner Declaration and exhibits thereto filed on June 20, 2022, in connection with MD's petition to vacate an arbitration award (the "Original Danner Declaration"). *See* ECF No. 10. Two exhibits to the Original Danner Declaration were filed in error. We promptly notified the Clerk's office, who then "locked" the Original Danner Declaration to prevent further access and directed us to (1) re-file the Danner Declaration with corrected version of the exhibits and (2) move the Court for an order striking the Danner Declaration from the docket. On June 21, we re-filed the Danner Declaration with corrected exhibits. *See* ECF No. 14. Yesterday, this matter was assigned to Your Honor.

    MD therefore respectfully requests that the Court strike from the docket the Original Danner Declaration and exhibits thereto (ECF No. 10), on the ground that it was filed in error and has since been replaced.

Respectfully submitted,

/s/ *Scott M. Danner*
Scott M. Danner

cc: Counsel of record (via ECF)

Application GRANTED. The Clerk of Court is directed to strike from the docket the documents at docket number 10. The Clerk of Court is further directed to terminate the pending motion at docket number 20.

Dated:    June 28, 2022                    SO ORDERED.
          New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE