# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Scott M. Danner*
*646-837-8530*
*sdanner@hsgllp.com*

August 12, 2022

**VIA ECF**

Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re:  *Molecular Dynamics Ltd. et al. v. Spectrum Dynamics Medical Limited et al.*,
      No. 1:22-cv-5167 (KPF)

Dear Judge Failla:

I write on behalf of Petitioners Molecular Dynamics Ltd., SDBM Limited, and Chauncey Capital Corp. ("Petitioners") to respectfully request that the Court issue an order permitting the filing under seal of the unredacted version of the final arbitration award (the "Final Award") issued in the arbitration captioned *Spectrum Dynamics Medical Limited v. Molecular Dynamics et al.*, Swiss Arbitration Centre No. 300438-2018, to be filed as Exhibit A to Petitioners' Amended Petition to Vacate Arbitration Award.

Subject to the Court's approval, as with the documents filed under seal as exhibits to the Declaration of Scott M. Danner, ECF No. 14, the parties will meet and confer on appropriate redactions, if any, to be applied to the Final Award in advance of a renewed motion to file the Final Award with such redactions on the public docket.  Respondents have confirmed that they consent to temporary sealing.

Respectfully submitted,

/s/ *Scott M. Danner*
Scott M. Danner

1

HOLWELL SHUSTER & GOLDBERG LLP
Scott M. Danner
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
sdanner@hsgllp.com

*Counsel for Plaintiffs*

cc: Counsel of record (via ECF)

```
Application GRANTED.  The Clerk of Court is directed to file the
documents at docket number 28 under seal, visible to the Court
and parties only.  The Clerk of Court is directed to terminate
the pending motion at docket number 26.

Dated:     August 15, 2022            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE