**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MOLECULAR DYNAMICS, LTD., SDBM
LIMITED, and CHAUNCEY CAPITAL CORP.,

|  |  |
|---|---|
| Petitioners, | 22 **CIVIL** 5167 (KPF) |
| -against- | **JUDGMENT** |

SPECTRUM DYNAMICS MEDICAL
LIMITED and BIOSENSORS INTERNATIONAL
GROUP LTD.,
                              Respondents.
------------------------------------------------------------X

　　　　It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated July 23, 2024, the Court DENIES Petitioners'

application to vacate the Partial and Final Awards in light of the Court's lack of subject matter

jurisdiction; accordingly, the case is closed.


**Dated**: New York, New York
　　　　July 30, 2024


　　　　　　　　　　　　　　　　　　　　**DANIEL ORTIZ**
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**